DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIGNA ACOSTA,**
Appellant,

v.

**JORGE OMAR,**
Appellee.

No. 4D18-1223

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. FMCE 03-014464.

Rima C. Bardawil of Law Office Rima C. Bardawil, P.A., Miami Lakes, for appellant.

Marc Anthony Douthit, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***